MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR11-58 RSM (MJ11-58) |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO EXTEND THE INDICTMENT DEADLINE |
| JAVIER URIOSTEGUI-ALTAMIRANO, | ) | |
| Defendant. | ) | |

The Court has considered the parties' stipulated motion to extend the indictment deadline.  It appears that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary for effective preparation.  The parties have consented to entering an order extending the indictment deadline from on or about March 21, 2011,  until April 20, 2011.

The Court finds that the ends of justice that are served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

ORDER GRANTING MOTION TO
EXTEND THE INDICTMENT DEADLINE
(Javier Uriostegui-Altamirano; CR11-58RSM)             - 1 -

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

Therefore, it is ORDERED that the date on or before which an indictment must be filed is extended from on or about March 21, 2011 until April 20, 2011.

It is FURTHER ORDERED that the period of delay from on or about March 21, 2011, until April 20, 2011, is excludable time pursuant to Title 18, U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DONE this 17th day of March 2011.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Jay W. Stansell
WSBA No. 18752
Attorney for the Javier Uriostegui-Altamirano
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
Tel: (206) 553-1100
Fax: (206) 553-0120


s/ Sarah Kate Vaughan
Assistant United States Attorney
*By telephonic or email authorization*

ORDER GRANTING MOTION TO
EXTEND THE INDICTMENT DEADLINE
(Javier Uriostegui-Altamirano; CR11-58RSM)        - 2 -

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**